IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**MEIKA DESEAN BRITTON**                                    **PETITIONER**

v.                                                         No. 3:19CV16-NBB-RP

**WARDEN GEORGIA SHELBY, ET AL.**                            **RESPONDENTS**

**ORDER DENYING PETITIONER'S MOTIONS [24], [27]
FOR SUBPOENAS DUCES TECUM**

This matter comes before the court on the motions [24], [27] by the petitioner for subpoenas duces tecum, in which the petitioner seeks documents regarding the dates on which he sent legal mail and made requests of the Inmate Legal Assistance Program – and various documents regarding the employment activities and conduct of Detective Brannon Rushing. Resolution of this case turns on whether the petitioner timely filed his petition for writ of *certiorari* in the Mississippi Supreme Court. The petitioner dated his Certificate of Service enclosed with his *certiorari* petition the day *after* the deadline for seeking *certiorari* review; as such, the documents he currently seeks have no bearing on the outcome of this case. His petition was late before he ever mailed it. Hence, the instant motions [24], [27] for subpoenas duces tecum are **DENIED**.

**SO ORDERED**, this, the 15th day of October, 2019.

                                                         /s/ Roy Percy
                                                         UNITED STATES MAGISTRATE JUDGE