# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**MEIKA DESEAN BRITTON**                                                 **PETITIONER**

**v.**                                                 **No. 3:19CV16-NBB-RP**

**WARDEN GEORGIA SHELBY, ET AL.**                                 **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DISMISSED** under the doctrine of procedural default.

**SO ORDERED**, this, the 19th day of November, 2019.

                                                /s/ Neal Biggers
                                                NEAL B. BIGGERS
                                                SENIOR U. S. DISTRICT JUDGE